IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRANZDEPOT, LLC, | CASE NO. 1:20-cv-01457-PAB |
| Plaintiff, | |
| | Judge Pamela A. Barker |
| v. | |
| | Magistrate Judge Thomas M. Parker |
| TRANSTAR INDUSTRIES, LLC, | |
| Defendant. | |

**JOINT MOTION FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT**

COME NOW Plaintiff TranzDepot, LLC and Defendant Transtar Industries, LLC, by their counsel, and jointly update the Court as to the status of their settlement discussions. The settlement of this matter requires the parties to execute two agreements. The parties have agreed to the terms of one agreement, but the other agreement is still being negotiated and the simultaneous execution of both agreements is a material term of the settlement. Also, the timing of certain deliverables – such as filing stipulations of dismissal – is premised on the execution of the agreements. The parties therefore respectfully request that the Court not issue an order dismissing this case as set forth in its Order dated October 1, 2020.

WHEREFORE, the parties respectfully request additional time, up to and including Friday, November 13, 2020, within which to finalize the settlement documents and file stipulations of dismissal with the Court.

4831-2815-2272.1

Respectfully submitted this 14th day of October, 2020.

| | |
|---|---|
| */s/ Matthew T. Gomes* | */s/ Donald G. Slezak* |
| Nick P. Panayotopoulos (Georgia Bar No. 560679) | David A. Campbell (0066494) |
| Matthew T. Gomes (Georgia Bar No. 297453) | Donald G. Slezak (0092422) |
| Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | Lewis Brisbois Bisgaard & Smith, LLP |
| 3344 Peachtree Road, NE, Suite 2400 | 1375 E. 9th Street |
| Atlanta, GA 30326 | Suite 2250 |
| Phone: (404) 876-2700 | Cleveland, OH 44114 |
| Fax: (404) 875-9433 | Phone: (216) 298-1262 |
| npanayo@wwhgd.com | Fax: (216) 344-9421 |
| mgomes@wwhgd.com | david.a.campbell@lewisbrisbois.com |
| | donald.slezak@lewisbrisbois.com |
| Lawrence E. Burkhalter (Florida Bar No. 186104) | Counsel for Defendant |
| Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | |
| 2601 S. Bayshore Drive, Suite 1500 | |
| Miami, FL 33133 | |
| Phone: (305) 455-9500 | |
| Fax: (305) 455-9501 | |
| lburkhalter@wwhgd.com | |

Nicholas J. Dertouzos (0071018)
Nicola, Gudbranson & Cooper, LLC
25 West Prospect Avenue
Republic Building, Suite 1400
Cleveland, OH 44115
Phone: (216) 621-7227
Fax: (216) 621-3999
dertouzos@nicola.com

Counsel for Plaintiff