IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRANZDEPOT, LLC, : | |
| : | CASE NO. 1:20-cv-01457-PAB |
| Plaintiff, : | |
| : | Judge Pamela A. Barker |
| v. : | |
| : | Magistrate Judge Thomas M. Parker |
| TRANSTAR INDUSTRIES, LLC, : | |
| : | |
| Defendant. : | |
| : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff TranzDepot, LLC and Defendant Transtar Industries, LLC, by their counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby dismiss the above-referenced action and all claims asserted therein with prejudice to their refiling.  Each party shall bear its own costs.

Respectfully submitted this 23rd day of November, 2020.

| | |
|---|---|
| /s/ Matthew T. Gomes, Esq. | David A. Campbell, Esq. |
| Nick P. Panayotopoulos (Georgia Bar No. 560679) | David A. Campbell (0066494) |
| Matthew T. Gomes (Georgia Bar No. 297453) | Donald G. Slezak (0092422) |
| Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | Lewis Brisbois Bisgaard & Smith, LLP |
| 3344 Peachtree Road, NE, Suite 2400 | 1375 E. 9th Street |
| Atlanta, GA 30326 | Suite 2250 |
| Phone:  (404) 876-2700 | Cleveland, OH 44114 |
| Fax:  (404) 875-9433 | Phone:  (216) 298-1262 |
| npanayo@wwhgd.com | Fax:  (216) 344-9421 |
| mgomes@wwhgd.com | david.a.campbell@lewisbrisbois.com |
| | donald.slezak@lewisbrisbois.com |
| | |
| | Counsel for Defendant |

Lawrence E. Burkhalter (Florida Bar No. 186104)
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
Phone: (305) 455-9500
Fax: (305) 455-9501
lburkhalter@wwhgd.com

Nicholas J. Dertouzos (0071018)
Nicola, Gudbranson & Cooper, LLC
25 West Prospect Avenue
Republic Building, Suite 1400
Cleveland, OH 44115
Phone: (216) 621-7227
Fax: (216) 621-3999
dertouzos@nicola.com

Counsel for Plaintiff