IT IS SO ORDERED.
s/Pamela A. Barker (11/23/2020)
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRANZDEPOT, LLC, | CASE NO. 1:20-cv-01457-PAB |
| Plaintiff, | |
| v. | Judge Pamela A. Barker |
| TRANSTAR INDUSTRIES, LLC, | Magistrate Judge Thomas M. Parker |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff TranzDepot, LLC and Defendant Transtar Industries, LLC, by their counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby dismiss the above-referenced action and all claims asserted therein with prejudice to their refiling. Each party shall bear its own costs.

Respectfully submitted this 23rd day of November, 2020.

| | |
|---|---|
| /s/ Matthew T. Gomes, Esq. | David A. Campbell, Esq. |
| Nick P. Panayotopoulos (Georgia Bar No. 560679) | David A. Campbell (0066494) |
| Matthew T. Gomes (Georgia Bar No. 297453) | Donald G. Slezak (0092422) |
| Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | Lewis Brisbois Bisgaard & Smith, LLP |
| 3344 Peachtree Road, NE, Suite 2400 | 1375 E. 9th Street |
| Atlanta, GA 30326 | Suite 2250 |
| Phone: (404) 876-2700 | Cleveland, OH 44114 |
| Fax: (404) 875-9433 | Phone: (216) 298-1262 |
| npanayo@wwhgd.com | Fax: (216) 344-9421 |
| mgomes@wwhgd.com | david.a.campbell@lewisbrisbois.com |
| | donald.slezak@lewisbrisbois.com |
| | |
| | Counsel for Defendant |